654

 In the Matter of the Claim of MARION T. RETTIG, Respondent. LORD & TAYLOR, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.